

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

November 23, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020
```

**VIA ECF**
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   <u>Zanca v. Sunless Solutions Inc.</u>; Case No. 1:20-cv-06969-JPC

To the Honorable Judge Cronan,

The undersigned represent Plaintiff Debra Zanca (hereinafter "Plaintiff") in this matter, which involves claims asserted under the Americans with Disabilities Act, 42 U.S.C. §12101.

This letter motion is submitted to inform the Court that Plaintiff was recently contacted by Defendant who has requested an additional 30 days to appear or otherwise respond to the complaint as they are in the process of retaining counsel.

At this time, the undersigned respectfully requests that the Court grant Defendant until December 23, 2020 to appear or otherwise respond to the Complaint. Additionally, the undersigned requests that the initial conference currently scheduled for December 1, 2020, be adjourned until after Defendant is scheduled to appear.

Thank you for your time and consideration of the above request.

Respectfully submitted,

<u>/s/ Joseph H. Mizrahi</u>
Joseph H. Mizrahi, Esq.

The parties' request is GRANTED.  Defendant must respond to the Complaint by December 23, 2020.  The status letter due on November 24, 2020 is hereby adjourned *sine die*.

The Initial Pretrial Conference scheduled for December 1, 2020, at 4:00 p.m. is hereby adjourned to January 11, 2021, at 3:00 p.m.  Unless the Court directs otherwise, the Court plans to conduct the conference by teleconference.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  The parties are reminded that pursuant to Rule 5.B of the Court's Individual Rules and Practices in Civil Cases,  the parties must file on ECF a proposed Civil Case Management Plan and Scheduling Order at least four business days before the conference date.

SO ORDERED.
Date: November 23, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge