UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DEBRA ZANCA, *on behalf of herself and all others*                     :
*similarly situated*,                                                  :
                                                                       :
                                  Plaintiffs,            :    20-CV-6969 (JPC)
                                                                       :
           -v-                                                         :    ORDER
                                                                       :
SUNLESS SOLUTIONS INC.,                                                :
                                                                       :
                                  Defendant.                           :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 23, 2020, Plaintiff filed a letter requesting that the Court extend the time for Defendant to respond to the Complaint to December 23, 2020. (Dkt. 9.) The letter stated that "Plaintiff was recently contacted by Defendant who has requested an additional 30 days to appear or otherwise respond to the complaint as they are in the process of retaining counsel." (*Id.*) The Court granted this request on November 24, 2020. (Dkt. 10). To date, Defendant has failed to appear in this case. Plaintiff is ORDERED to file a status letter by January 15, 2021, explaining (1) the status of Defendant's representation, if known; (2) whether there have been any ongoing settlement discussions between the parties; and (3) whether Plaintiff plans to move for default judgment.

The Initial Pretrial Conference scheduled for January 11, 2021, at 3:00 p.m. is hereby adjourned *sine die*.

SO ORDERED.

Dated: January 6, 2021
       New York, New York                         _____
                                                         JOHN P. CRONAN
                                                      United States District Judge